WARREN K. HAVILAND, as President of the Fire Department of the Town of Newtown, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Haviland* v. *City of New York*, 134 App. Div. 927, affirmed.
(Argued December 22, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered December 30, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover certain legislative allowances for the maintenance of the fire department of the town of Newtown.

*Theodore H. Friend* and *William C. Wolf* for appellant.

*Archibald R. Watson, Corporation Counsel (Clarence L. Barber* and *Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. Absent: WILLARD BARTLETT, J.